# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Ronald Edward Jones            Docket No. 7:99-CR-88-1BO

### Petition for Action on Supervised Release

COMES NOW Thomas E. Sheppard, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ronald Edward Jones, who, upon an earlier plea of guilty to Possession With Intent to Distribute More Than 400 Grams of Cocaine Base (Crack) in violation of 21 U.S.C. §841(a)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on July 9, 2001, to the custody of the Bureau of Prisons for a term of 156 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

4. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

On July 8, 2008, under the provisions of 18 U.S.C. §3582(c)(2), the term of imprisonment was reduced to 125 months. On April 21, 2009, pursuant to Rule 35 of the Federal Rules of Criminal Procedure, the term of imprisonment was reduced to time served. Ronald Edward Jones was released from custody on April 22, 2009, at which time the term of supervised release commenced.

Ronald Edward Jones
Docket No. 7:99-CR-88-1BO
Petition For Action
Page 2

On June 14, 2009, the defendant completed a 2-day DROPS sanction. On October 25, 2009, the defendant completed a 5-day DROPS sanction. On March 31, 2010, the defendant completed a 10-day DROPS sanction.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 22, 2010, the defendant submitted a urine specimen which tested positive for marijuana. This marks the fourth time the defendant has used marijuana over a period of 17 months during the supervision term. In the past, he has participated in substance abuse treatment and in fact completed the program. We think this defendant can be brought into compliance with another 10-day jail term and another referral for substance abuse treatment, along with an increase in drug testing frequency. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 10 days as arranged by the probation officer, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Thomas E. Sheppard<br>Thomas E. Sheppard<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: November 18, 2010 |

Ronald Edward Jones
Docket No. 7:99-CR-88-1BO
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this __19__ day of __November__, 2010, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge